IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 NOV 20  P 4:44

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr301-CSC |
| ) | (18 U.S.C. 641) |
| KATHRYN L. PEARCY ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 20th day of March, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, KATHRYN L. PEARCY did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently reassigned to Barksdale Air Force Base in Louisiana. On or about 20 March 2007, via closed circuit monitors, I observed KATHYRN L. PEARCY in the jewelry section of the Base Exchange (BX). She selected a sun jewelry ring still in the package and put a second ring - - a gold band with three fake diamonds - - in her hand without the package. PEARCY then went to a discount table, found a necklace with a heart-shaped pendent that had a 25% sticker on it. She peeled a 50% sticker off of another item and placed it on the necklace box. The date of the 25% sticker was 02-28-07 and the date of the 50% sticker was 02-02-07 = the 50% sticker was actually older than the 25% sticker. The value of the ring is $5.95 and the necklace rang up at $1.50, which is what she paid eventually. PEARCY placed the necklace box in her shopping cart, but kept the ring in her hand until she entered the women's fitting room more than an hour later. When PEARCY went into the fitting room, she had the ring in her hand. When she came out, the ring was not in her hand. The room was immediately searched, but no rings were found. When PEARCY went to central checkout, she paid $1.50 for the necklace, but did not pay for the ring. PEARCY was detained in the lobby area of the BX, identified and escorted to the security office. Security Forces was called and responded. A search of PEARCY's possessions revealed the ring. The total value was $6.45. The $1.50 for the necklace was refunded. PEARCY was taken to the Law Enforcement Desk for further processing.

*[signature]*
ROBERT G. SMITH

Subscribed and sworn to before me this _5th_ day of _November_, 2007.

*[signature]*
Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS